1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOANNE JAMES,                    )      No. CV 12-9828-CW
                                      )
12                  Plaintiff,        )      JUDGMENT
                                      )
13           v.                       )
                                      )
14   CAROLYN W. COLVIN,               )
     Commissioner of Social           )
15   Security,                        )
                                      )
16                  Defendant.        )
     _____)

17

18        **IT IS ADJUDGED** that this action is remanded to defendant for

19   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20   and consistent with the accompanying Decision and Order.

21

22   DATED: March 3, 2014

23

24                                   _____
                                        *Carla M. Woehrle*
25                                      CARLA M. WOEHRLE
                                     United States Magistrate Judge

26

27

28